IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANK VINCENT WOODS, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-818-SLP |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered herein on August 24, 2018 [Doc. No. 6]. Judge Purcell recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that he be required to pay the filing fee in the amount of $5.00 on or before September 13, 2018. The Court Docket reflects that Petitioner paid the filing fee on September 11, 2018. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Gary M. Purcell in accordance with the original referral entered herein on August 23, 2018.

IT IS SO ORDERED this 14th day of September, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE